```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

SANDRA M. STEPHENS,

        Plaintiff,

   v.

COMMISSIONER OF THE
SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

HONORABLE JEROME B. SIMANDLE

CIVIL NO. 09-2394 (JBS)

**ORDER**

    This matter came before the Court upon review of the final decision of the Defendant, Commissioner of the Social Security Administration, denying the application of Plaintiff, Sandra M. Stephens, for Disability Insurance Benefits under Title II and Title XVI of the Social Security Act; and

    The Court finding that the Commissioner's decision is not supported by substantial evidence and that it should be vacated and remanded for reasons stated in the Opinion of today's date;

    **IT IS** on this  21st  day of **June, 2010**, hereby

    **ORDERED** and **ADJUDGED** that the Commissioner's decision shall be, and hereby is, **VACATED** and **REMANDED** for further proceedings consistent with the instructions and directives set forth in the accompanying Opinion.

                                     s/ Jerome B. Simandle
                                     JEROME B. SIMANDLE
                                     United States District Judge